# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED AT BRIDGEPORT
9/12/17
Roberta D. Tabora, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| United States of America<br>v.<br><br>ANDRE FLOTRON<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)  3:17mj1467(WIG)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2008 - November 2013__ in the county of __Fairfield__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371;<br>18 U.S.C. § 1343;<br>18 U.S.C. § 1348(1); and<br>7 U.S.C. §§ 6c(a)(5)(C) & 13(a)(2) | Conspiracy;<br>Wire Fraud;<br>Commodities Fraud; and<br>Spoofing |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF FEDERAL BUREAU OF INVESTIGATION SPECIAL AGENT DAMIAN PLATOSH

☑ Continued on the attached sheet.

*Complainant's signature*

FBI SPECIAL AGENT DAMIAN PLATOSH
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ William I. Garfinkel, USMJ

Date: 09/12/2017

*Judge's signature*

City and state:  BRIDGEPORT, CONNECTICUT    WILLIAM I. GARFINKEL, U.S. MAGISTRATE JUDGE
*Printed name and title*